# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VILMA SERRALTA | E-filing | SUMMONS IN A CIVIL CASE |
| | | CASE NUMBER: |
| V. | | |
| SAKHAWAT M. KHAN; ROOMY KHAN; and DOES ONE through TEN |   |  |

TO: (Name and address of defendant)

ROOMY KHAN

EDL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christina Chung,,Matthew Goldberg, Carole Vigne,
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120, San Francisco, CA 94107

Hillary Ronen, Rocio Avila
LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295, San Francisco, CA 94103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 13 2008

MARY ANN BUCKLEY
(BY) DEPUTY CLERK