Christina Chung, State Bar No. 194630
Matthew Goldberg, State Bar No. 240776
Carole Vigne, State Bar No. 251829
THE LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Hillary Ronen, State Bar No. 228606
Rocio Avila, State Bar No. 252719
LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (415) 575-3500
Facsimile: (415) 255-7593

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA, <br><br> Plaintiff, <br><br> v. <br><br> SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive, <br><br> Defendants. | Case No.: CV-08-1427 EDL <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> [Civil L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.: CV-08-1427 EDL

1
2  Dated:   March 21, 2008                Respectfully submitted,
3                                         Christina Chung
4                                         Matthew Goldberg
                                          Carole Vigne
5                                         The LEGAL AID SOCIETY
                                          -- EMPLOYMENT LAW CENTER
6
7                                         _____
8                                         CHRISTINA CHUNG
                                          Attorneys for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No.: CV-08-1427 EDL