Christina Chung, State Bar No. 194630
Matthew Goldberg, State Bar No. 240776
Carole Vigne, State Bar No. 251829
THE LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
*San Francisco, CA 94107*
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Hillary Ronen, State Bar No. 228606
Rocio Avila, State Bar No. 252719
          LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (415) 575-3500
Facsimile: (415) 255-7593

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA, | Case No.: C 08-01427 |
| Plaintiff, | **AMENDED PROOF OF SERVICE** |
| v. | **by MAIL** |
| SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive, | |
| Defendants. | |

Amended Proof of Service
Page 1
Case No. C 08-01427

I, Ann Blankenship, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of San Francisco, and not a party to or interested in the within entitled action. I am an employee of The LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER, and my business address is 600 Harrison Street, Suite 120, San Francisco, California 94107.

On March 14th, 2008 I served the following documents:

- Request for Waiver of Service to Sakhawat Khan
- Summons and Complaint to Sakhawat and Roomy Khan
- ECF Registration Booklet
- Notice of Assignment of Case to US Magistrate Judge
- Order Setting Initial Case Management Conference and ADR Deadlines
- Standing Order of Magistrate Judge Elizabeth D. Laporte Dated July 26, 2005
- Standing Order re Case Management Conference
- Standing Order for All Judges of the Northern District of California re Contents of Joint Case Management Statement

X    on all parties in said action by sending VIA U.S. MAIL a true copy thereof enclosed in a sealed envelope with first class postage affixed addressed as set forth below:

Elizabeth Tippett
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
direct: (650) 565-3759
fax: (650) 493-6811

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on March 26th, 2008 at San Francisco, California.

Ann Blankenship – Paralegal

Amended Proof of Service
Page 2
Case No. C 08-01427