*Christina Chung, State Bar No. 194630*
Matthew Goldberg, State Bar No. 240776
Carole Vigne, State Bar No. 251829
THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
*San Francisco, CA 94107*
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Hillary Ronen, State Bar No. 228606
Rocio Avila, State Bar No. 252719
   LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (415) 575-3500
Facsimile: (415) 255-7593

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA,<br><br>                    Plaintiff,<br>v.<br><br>SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive,<br><br>                    Defendants. | Case No.: C 08-01427<br><br>**PROOF OF SERVICE by MAIL** |

I, Ann Blankenship, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of San Francisco, and not a party to or interested in the within entitled action. I am an employee of The LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER, and my business address is 600 Harrison Street, Suite 120, San Francisco, California 94107.

On April 23, 2008 I served the following documents:

- Certification of Interested Entities or Persons

X   on all parties in said action by mailing a true copy thereof enclosed in a sealed envelope with first class postage affixed addressed as set forth below:

**Elizabeth Tippett**
**WILSON SONSINI GOODRICH & ROSATI**
**650 Page Mill Road**
**Palo Alto, CA 94304**
**direct: (650) 565-3759**
**fax: (650) 493-6811**

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on April 23, 2008 at San Francisco, California.

_Ann Blankenship_
Ann Blankenship -- Paralegal