Christina Chung, State Bar No. 194630
Matthew Goldberg, State Bar No. 240776
Carole Vigne, State Bar No. 251829
THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Hillary Ronen, State Bar No. 228606
Rocio Avila, State Bar No. 252719
LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (415) 575-3500
Facsimile: (415) 255-7593

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive,<br><br>　　　　　　Defendants. | No. C 08-01427 EDL<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO PERMIT ENTRY AND INSPECTION OF LAND AND TANGIBLE THINGS**<br><br>[Fed. R. Civ. P. 26(d) and 34(a)(2)]<br><br>Honorable Elizabeth D. Laporte<br>Hearing Date: June 10, 2008 or TBD<br>Time: 9 a.m.<br>Place: Courtroom E, 15th Floor |

# ORDER

Having read and considered Plaintiff's Notice of Motion and Motion for Leave to Conduct Limited Expedited Discovery and to Permit Entry and Inspection of Land and Tangible Things; the Declaration of Christina N. Chung filed in support of Plaintiff's Motion; and the Opposition and Reply papers, and considered the argument of counsel, and good cause having been found:

Plaintiff's Motion is **GRANTED**.

Defendants are ordered to submit to the following expedited discovery by Plaintiff:

At a date and time to be agreed upon by the parties, but in no event later than July 1, 2008, Defendants shall provide Plaintiff with access to Defendants' land located at 168 Isabella Avenue, Atherton, California, for purposes of inspection, measurement, photography, and videography of: (1) all interior rooms, hallways, and closets of the main residence and guesthouse located on the land; (2) all tangible property located in the following areas of the main residence and guesthouse: kitchens, dining areas, reception hall, pantries, linen closets, and wine closet; and (3) the exterior areas of said land, including the pool and patio areas.

**IT IS SO ORDERED.**

DATED: May ___, 2008                    _____
                                        Hon. Elizabeth D. Laporte
                                        United States Magistrate Judge