Christina Chung, State Bar No. 194630
Matthew Goldberg, State Bar No. 240776
Carole Vigne, State Bar No. 251829
THE LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Hillary Ronen, State Bar No. 228606
Rocio Avila, State Bar No. 252719
LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (415) 575-3500
Facsimile: (415) 255-7593

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA,<br><br>   Plaintiff,<br><br>v.<br><br>SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive,<br><br>   Defendants. | No. C 08-01427 (EDL)<br><br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO PERMIT ENTRY AND INSPECTION OF LAND AND TANGIBLE THINGS**<br><br>[Civ.L.R. 6-2]<br><br>Honorable Elizabeth D. Laporte<br>Hearing Date: N/A<br>Time: N/A |

The parties, through their undersigned counsel, enter into the following stipulation:

WHEREAS, on March 13, 2008, Plaintiff filed a complaint against Defendants alleging violations of the federal Fair Labor Standards Act and cognate state laws;

1

1     WHEREAS, this Court issued an Order Setting the Initial Case Management Conference on June 17, 2008, and the last day for the parties to meet and confer under Rule 26(f) is May 27, 2008;

    WHEREAS, the parties have not yet met and conferred under Rule 26(f) but have met and conferred pursuant to Federal Rule of Civil Procedure 37 and Civil Local Rule 37-1(a), as to Plaintiff's request to initiate limited expedited discovery ("dispute") prior to the Rule 26(f) conference;

    WHEREAS, the parties could not reach an amicable resolution of this dispute;

    WHEREAS, on May 6, 2008, Plaintiff therefore filed a Motion for Leave to Conduct Limited Expedited Discovery and to Permit Entry and Inspection of Land and Tangible Things ("Motion") because Plaintiff contends exigent circumstances compel this Motion;

    WHEREAS, in the interest of resolving this dispute as expeditiously as possible, the parties have agreed to shorten the briefing schedule on Plaintiff's Motion and respectfully request an Order shortening time on hearing the Motion;

    IT IS HEREBY STIPULATED by all parties as follows:

1. Defendants shall file and serve any opposition to Plaintiff's Motion on or before May 19, 2008;
2. Any reply brief must be filed and served on or before May 22, 2008;
3. Plaintiff's Motion shall be heard by this Court on May 27, 2008, at 9 a.m., or as soon thereafter as this Court may hear Plaintiff's Motion.

DATED: May 6, 2008    By _____
    CHRISTINA CHUNG
    Attorney for Plaintiff

DATED: May 6, 2008    By _____
    ELIZABETH TIPPETT
    Attorney for Defendants