Christina Chung, State Bar No. 194630
Matthew Goldberg, State Bar No. 240776
Carole Vigne, State Bar No. 251829
THE LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Hillary Ronen, State Bar No. 228606
Rocio Avila, State Bar No. 252719
    LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (415) 575-3500
Facsimile: (415) 255-7593

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VILMA SERRALTA, | Case No.: C 08-01427 |
| Plaintiff, | **PROOF OF SERVICE VIA ELECTRONIC MAIL** |
| v. | |
| SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive, | |
| Defendants. | |

Proof of Service
Case No. C 08-01427

1  I, PAMELA MITCHELL, declare:

2  I am a citizen of the United States, over 18 years of age, employed in the County of San

3  Francisco, and not a party to or interested in the within entitled action. I am an employee of The

4  LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER, and my business address is 600

5  Harrison Street, Suite 120, San Francisco, California 94107.

6  On May 6, 2008 I served the following documents:

- **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO PERMIT ENTRY AND INSPECTION OF LAND AND TANGIBLE THINGS:**

- **[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO PERMIT ENTRY AND INSPECTION OF LAND AND TANGIBLE THINGS;**

- **DECLARATION OF CHRISTINA N. CHUNG IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO PERMIT ENTRY AND INSPECTION OF LAND AND TANGIBLE THINGS;**

- **STIPULATED REQUEST FOR ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO PERMIT ENTRY AND INSPECTION OF LAND AND TANGIBLE THINGS;**

- **[PROPOSED] ORDER RE: STIPULATED REQUEST FOR AN ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO PERMIT ENTRY AND INSPECTION OF LAND AND TANGIBLE THINGS;** and

- **DECLARATION OF CHRISTINA N. CHUNG IN SUPPORT OF STIPULATED REQUEST FOR AN ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO PERMIT ENTRY AND INSPECTION OF LAND AND TANGIBLE THINGS**

__X__  on all parties in said action by emailing a true copy thereof to the electronic mail address as set forth below:

Proof of Service
Case No. C 08-01427

**Elizabeth Tippett**
**WILSON SONSINI GOODRICH & ROSATI**
**650 Page Mill Road**
**Palo Alto, CA 94304**
etippett@wsgr.com

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on May 7, 2008 at San Francisco, California.

_____
Pamela Mitchell

Proof of Service
Case No. C 08-01427