```
 1  Christina Chung, State Bar No. 194630
    Matthew Goldberg, State Bar No. 240776
 2  Carole Vigne, State Bar No. 251829
    THE LEGAL AID SOCIETY –
 3    EMPLOYMENT LAW CENTER
    600 Harrison Street, Suite 120
 4  San Francisco, CA 94107
    Telephone: (415) 864-8848
 5  Facsimile: (415) 864-8199

 6  Hillary Ronen, State Bar No. 228606
    Rocio Avila, State Bar No. 252719
 7  LA RAZA CENTRO LEGAL, INC.
    474 Valencia Street, Suite 295
 8  San Francisco, CA 94103
    Telephone: (415) 575-3500
 9  Facsimile: (415) 255-7593

10  Attorneys for Plaintiff
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA, | No. C 08-01427 EDL |
| Plaintiff, | **[~~PROPOSED~~] ORDER RE: STIPULATED REQUEST FOR AN ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO PERMIT ENTRY AND INSPECTION OF LAND AND TANGIBLE THINGS** |
| v. | |
| SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive, | |
| Defendants. | [Civ.L.R. 6-1(b) and 7-12]<br><br>Honorable Elizabeth D. Laporte<br>Hearing Date: N/A<br>Time: N/A |

1  **ORDER**

2  Having considered the parties' Stipulated Request for an Order Shortening Time, and
3  good cause appearing, Defendants' opposition to Plaintiff's Motion for Expedited Discovery shall be filed no later than May 19, 2008.  Plaintiff's reply shall be filed no later than
4  May 22, 2008.  A hearing is scheduled for May 28, 2008 at 9:00 a.m.

5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8  DATED: May __8__, 2008



9  _____
   Hon. Elizabeth D. Laporte
10 United States Magistrate Judge

[PROPOSED] ORDER RE:
STIPULATED REQUEST FOR ORDER SHORTENING TIME