1  
2  Christina Chung, State Bar No. 194630  
   Matthew Goldberg, State Bar No. 240776  
3  Carole Vigne, State Bar No. 251829  
   THE LEGAL AID SOCIETY –  
4     EMPLOYMENT LAW CENTER  
   600 Harrison Street, Suite 120  
5  San Francisco, CA 94107  
   Telephone: (415) 864-8848  
6  Facsimile: (415) 864-8199  

7  
   Hillary Ronen, State Bar No. 228606  
8  Rocio Avila, State Bar No. 252719  
           LA RAZA CENTRO LEGAL, INC.  
9  474 Valencia Street, Suite 295  
   San Francisco, CA 94103  
10 Telephone: (415) 575-3500  
   Facsimile: (415) 255-7593  
11  

12 Attorneys for Plaintiff  

13  

14              IN THE UNITED STATES DISTRICT COURT  

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA  

16  
   VILMA SERRALTA,              )  Case No.: C 08-01427  
17                              )
                                )
18              Plaintiff,      )  **PROOF OF SERVICE VIA**
        v.                      )  **ELECTRONIC MAIL**
19                              )
   SAKHAWAT KHAN; ROOMY         )
20 KHAN; and DOES ONE through TEN, )
   inclusive,                   )
21                              )
                                )
22              Defendants.     )
                                )
23                              )
                                )
24 _____)

25  

26  

27  

28  
   Proof of Service  
   Case No. C 08-01427

I, PAMELA MITCHELL, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of San Francisco, and not a party to or interested in the within entitled action. I am an employee of The LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER, and my business address is 600 Harrison Street, Suite 120, San Francisco, California 94107.

On May 8, 2008 I served the **ORDER RE: STIPULATED REQUEST FOR AN ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO PERMIT ENTRY AND INSPECTION OF LAND AND TANGIBLE THINGS**

X    on all parties in said action by emailing a true copy thereof to the electronic mail address as set forth below:

**Elizabeth Tippett**
**WILSON SONSINI GOODRICH & ROSATI**
**650 Page Mill Road**
**Palo Alto, CA 94304**
etippett@wsgr.com

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on May 8, 2008 at San Francisco, California.

_____
Pamela Mitchell

Proof of Service
Case No. C 08-01427