ULRICO S. ROSALES, State Bar No. 139809
ELIZABETH C. TIPPETT, State Bar No. 247792
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: urosales@wsgr.com, etippett@wsgr.com

Attorneys for Defendants
SAKHAWAT KHAN and ROOMY KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA, | CASE NO.: C 08-01427 EDL |
| Plaintiff, | **DEFENDANTS' CERTIFICATION AS TO INTERESTED PARTIES** |
| v. | |
| SAKHAWAT KHAN, ROOMY KHAN And DOES ONE through TEN, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 13, 2008          WILSON SONSINI GOODRICH & ROSATI
                             Professional Corporation


                             By:   s/ Elizabeth Tippett
                                   Elizabeth C. Tippett
                                   etippett@wsgr.com

                             Attorneys for Defendants
                             SAKHAWAT KHAN and ROOMY KHAN