**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VILMA SERRALTA,

      Plaintiff,

      v.

SAKHAWAT KHAN, et al.,

      Defendants.
_____/

No. C 08-01427 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery and to Permit Entry and Inspection of Land and Tangible Things, document 13, currently scheduled for May 28, 2008 has been **reset to 2:30 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: May 19, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy