1  ULRICO S. ROSALES, State Bar No. 139809
   ELIZABETH C. TIPPETT, State Bar No. 247792
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: urosales@wsgr.com, etippett@wsgr.com

6  Attorneys for Defendants
   SAKHAWAT KHAN and ROOMY KHAN

7
                 IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 VILMA SERRALTA,                    )    CASE NO.: C 08-01427 EDL
                                      )
11          Plaintiff,                )    **PROOF OF SERVICE**
                                      )
12      v.                            )
                                      )
13 SAKHAWAT KHAN, ROOMY KHAN         )
   And DOES ONE through TEN, inclusive,)
14                                    )
           Defendants.                )
15                                    )
                                      )
16 _____)

17
       I, Jessica Bertolani, declare:
18
       I am employed in Santa Clara County. I am over the age of 18 years and not a party to
19
   the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill
20
   Road, Palo Alto, California 94304-1050.
21
       I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
22
   processing of documents for facsimile transmittal.
23
       On this date, I served
24
   1.  **DEFENDANTS' OPPOSITION TO VILMA SERRALTA'S MOTION FOR**
25      **LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO**
        **PERMIT ENTRY AND INPSECTION OF LAND AND TANGIBLE THINGS;**
26
   2.  **DECLARATION OF ELIZABETH TIPPETT IN SUPPORT OF**
27      **DEFENDANTS' OPPOSITION TO VILMA SERRALTA'S MOTION FOR**
        **LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO**
28      **PERMIT ENTRY AND INPSECTION OF LAND AND TANGIBLE THINGS;**

3.   **DECLARATION OF SAKHAWAT KHAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO VILMA SERRALTA'S MOTION FOR LEAVE TO CONDUCT LIMITED EXPEDITED DISCOVERY AND TO PERMIT ENTRY AND INPSECTION OF LAND AND TANGIBLE THINGS; and**

4.   **[PROPOSED] ORDER**

☒   **VIA U.S. MAIL (NON-ECF FILERS):**  By Placing the documents in a sealed envelop for collection and mailing with the United States Postal Service on this date to the following person as shown below:

Hillary Alyson Ronen
Rocio Avila
La Raza Centro Legal, Inc.
474 Valencia Street, Ste. 295
San Francisco, CA 94103

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California on May 19, 2008.

Jessica Bertolani