UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VILMA SERRALTA

Plaintiff(s),

v.

SAKHAWAT KHAN, ROOMY KHAN
and DOES 1-10, inclusive
Defendant(s).

Case No. CV 08 1427 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 5/27/08

/s/SAKHAWAT KHAN
[Party]

Dated: 5/27/08

/s/ELIZABETH TIPPETT
[Counsel]

**SIGNATURE ATTESTATION**

I, Elizabeth C. Tippett, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED:  May 27, 2008　　　　　　　　　By: /s/ Elizabeth C. Tippett
　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth C. Tippett