ULRICO S. ROSALES, State Bar No. 139809
ELIZABETH C. TIPPETT, State Bar No. 247792
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: urosales@wsgr.com, etippett@wsgr.com

Attorneys for Defendants
SAKHAWAT KHAN and ROOMY KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA, | CASE NO.: C 08-01427 EDL |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SAKHAWAT KHAN, ROOMY KHAN And DOES ONE through TEN, inclusive, | |
| Defendants. | |

I, Jo Ann Hylton, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. ADR CERTIFICATION BY PARTIES AND COUNSEL [Defendant Sakhawat Khan]

2. STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

☒ **VIA U.S. MAIL (NON-ECF FILERS):** By Placing the documents in a sealed envelop for collection and mailing with the United States Postal Service on this date to the following person as shown below:

Hillary Alyson Ronen
Rocio Avila
La Raza Centro Legal, Inc.
474 Valencia Street, Ste. 295
San Francisco, CA 94103

I am readily familiar with the firm's business practices for collecting and processing of mail for the United States Postal Service. Mail placed by me within the office for collection for the United States Postal Service would normally be deposited with the United States Postal Services that day in the ordinary course of business. The envelope(s) bearing the address above was sealed and placed for collection and mailing on the date below following our ordinary business practices.

I declare under penalty of perjury under the laws of United States and the State of California that the foregoing is true and correct.

Executed at Palo Alto, California on May 27, 2008.

_____
Jo Ann Hylton