UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date:** May 28, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-08-01427  EDL

**Title:**   VILMA SERRALTA v. SAKHAWAT KHAN

**Attorneys:**   Plaintiff: Christina Chung   Defendant: Elizabeth Tippett

**Deputy Clerk:**   Lili M. Harrell   **Court Reporter:**   Lydia Zinn
(Time: 32 min)

| PROCEEDINGS: | RULINGS: |
|---|---|
| Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery and to Permit Entry and Inspection of Land and Tangible Things | Granted in part |

**ORDERED AFTER HEARING:**  The parties shall submit their stipulation and proposed order by 6/4/2008.

**ORDER TO BE PREPARED BY:**  [ ] Plaintiff  [ ] Defendant  [ ] Court

**Case Continued to:**

Notes:

cc: