ULRICO S. ROSALES, State Bar No. 139809
ELIZABETH C. TIPPETT, State Bar No. 247792
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: urosales@wsgr.com, etippett@wsgr.com

Attorneys for Defendants
SAKHAWAT KHAN and ROOMY KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAKHAWAT KHAN, ROOMY KHAN ) <br> And DOES ONE through TEN, inclusive, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CASE NO.: C 08-01427 EDL <br><br> **CERTIFICATE OF SERVICE** |

I, Jessica Bertolani, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for facsimile transmittal.

On this date, I served

1. **STIPULATION AND [PROPOSED] ORDER RE PLAINTIFF'S ENTRY AND INSPECTION OF LAND AND TANGIBLE THINGS**

☒ **VIA U.S. MAIL (NON-ECF FILERS):** By Placing the documents in a sealed envelop for collection and mailing with the United States Postal Service on this date to the following person as shown below:

| | |
|---|---|
| 1 | Hillary Alyson Ronen |
|  | Rocio Avila |
| 2 | La Raza Centro Legal, Inc. |
|  | 474 Valencia Street, Ste. 295 |
| 3 | San Francisco, CA 94103 |

4   I declare under penalty of perjury under the laws of the State of California that the

5   foregoing is true and correct. Executed at Palo Alto, California on June 4, 2008.

_____
Jessica Bertolani