# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Serralta,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Khan,<br><br>　　　　　　Defendant(s). | 08-01427 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Robert A. Edwards**
Law Offices of Robert A. Edwards
19229 Sonoma Highway #111
Sonoma, CA 95476
707-933-9351
RAEDWARDS2000@CS.COM

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01427 EDL MED　　　　　　　　　　　　- 1 -

United States District Court
Northern District of California

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: June 6, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01427 EDL MED                - 2 -