1  Christina Chung, State Bar No. 194630
2  Matthew Goldberg, State Bar No. 240776
   Carole Vigne, State Bar No. 251829
3  THE LEGAL AID SOCIETY –
      EMPLOYMENT LAW CENTER
4  600 Harrison Street, Suite 120
   San Francisco, CA 94107
5  Telephone: (415) 864-8848
6  Facsimile: (415) 864-8199

7  Hillary Ronen, State Bar No. 228606
   Rocio Avila, State Bar No. 252719
8  LA RAZA CENTRO LEGAL, INC.
   474 Valencia Street, Suite 295
9  San Francisco, CA 94103
   Telephone: (415) 575-3500
10 Facsimile: (415) 255-7593

11
   Attorneys for Plaintiff
12

13
                IN THE UNITED STATES DISTRICT COURT
14
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 | VILMA SERRALTA,                      ) Case No.: C 08-01427
17 |                                      )
   |              Plaintiff,              ) **PROOF OF SERVICE VIA MAIL**
18 |      v.                              )
   |                                      )
19 | SAKHAWAT KHAN; ROOMY                 )
   | KHAN; and DOES ONE through TEN,      )
20 | inclusive,                           )
   |                                      )
21 |              Defendants.             )
22 |                                      )
   |                                      )
23 |                                      )

24

25

26

27

28
   Proof of Service                                                    Page 1
   Case No. C 08-01427

I, Pamela Mitchell, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of San Francisco, and not a party to or interested in the within entitled action. I am an employee of The LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER, and my business address is 600 Harrison Street, Suite 120, San Francisco, California 94107.

On June 19, 2008 I served **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** on all parties in said action by placing a true copy thereof in an envelope addressed to the address set forth below, affixing first-class postage and placing the envelope in a U.S.P.S. mailbox:

**Elizabeth Tippett**
**WILSON SONSINI GOODRICH & ROSATI**
**650 Page Mill Road**
**Palo Alto, CA 94304**
**etippett@wsgr.com**

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on June 19, 2008 at San Francisco, California.

Pamela Mitchell