**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Vilma Serralta
_____
Plaintiff(s)

v.

Sakhawat Khan
_____
Defendant(s)
Roomy Khan
_____/

No. C 08·1427 CW

CONSENT TO PROCEED
BEFORE A UNITED
STATES MAGISTRATE
JUDGE

    Pursuant to 28 U.S.C. Section 636(c) and Rule 73, Federal Rules of Civil Procedure, the below party(ies) hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  (Parties may consent to the assignment of only one or more particular Magistrate Judge(s): _____).
[insert name(s) of Magistrate Judge(s)]

Dated: _____    _____
                                       Attorney for Plaintiff(s)

Dated: _____    _____
                                       Attorney for Defendant(s)

## DECLINATION

    The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrate Judge for trial.

Dated: _____    _____
                                         Attorney for Plaintiff(s)

Dated: 8·1·08    Steve T_____
                                         Attorney for Defendant(s)