ULRICO S. ROSALES, State Bar No. 139809
STEPHEN L. TAEUSCH, State Bar No. 247708
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: urosales@wsgr.com, staeusch@wsgr.com

Attorneys for Defendants
SAKHAWAT KHAN and ROOMY KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA, | CASE NO.: CV 08 1427 EDL |
| Plaintiff, | **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO APPROVE WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL** |
| v. | |
| SAKHAWAT KHAN, ROOMY KHAN And DOES ONE through TEN, inclusive, | |
| Defendants. | (Civ. L.R. 7-11 and 11-5) |

1  Pursuant to Civil Local Rules 7-11 and 11-5, Defendants Sakhawat and Roomy Khan ("Defendants") hereby move the Court for an order permitting the withdrawal of their counsel of record, Wilson Sonsini Goodrich and Rosati ("WSGR").

Civil L.R. 11-5(a) authorizes this Court to issue an Order permitting counsel to withdraw from an action "after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Civil L.R. 11-5(b) permits "conditional" withdrawal: "When withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel or agreement of the party to appear pro se, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes (or on the Clerk, if the Court so directs), unless and until the client appears by other counsel or pro se."

Defendants consent to, and hereby request the Court's approval of, the withdrawal of WSGR as Defendants' counsel of record in this action. Defendants have begun the process of retaining lower-cost representation in this matter and hope to engage new counsel in the next thirty (30) days. Accordingly, Defendants respectfully request that the Court enter an Order permitting the withdrawal of WSGR as their counsel of record.

Counsel for Plaintiff, Matthew Goldberg of Legal Aid Society–Employment Law Center and Hillary Ronen of La Raza Centro Legal, Inc. were informed of Defendants' intent to seek an Order permitting WSGR's withdrawal on November 17, 2008.

This motion is not made for purposes of delay or any other improper purpose.

//
//
//
//
//
//
//
//

DEFENDANTS' MOTION FOR ADMINISTRATIVE
RELIEF TO APPROVE WITHDRAWAL OF COUNSEL
CASE NO. CV 08 1427 EDL

-1-

3513409_1.DOC

1  WHEREFORE, Defendants respectfully request this Court enter an Order permitting withdrawal of WSGR as counsel for Defendants, and update the Court's records and ECF system for this case by removing WSGR as counsel of record for Defendants.

Dated: November 17, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Ulrico S. Rosales (Bar No. 139809)
Stephen L. Taeusch (Bar No. 247708)

By: _____
    Stephen L. Taeusch
    staeusch@wsgr.com

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendants Sakhawat and Roomy Khan*

Dated: November 17, 2008

SAKHAWAT AND ROOMY KHAN

By: _____
    Sakhawat Khan

By: _____
    Roomy Khan

I, Stephen L. Taeusch, am the ECF User whose identification and password are being used to file this MOTION FOR AN ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL OF COUNSEL.  In compliance with General Order 45.X.B, I hereby attest that Sakhawat and Roomy Khan have each concurred in this filing.

Dated: November 17, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/Stephen L. Taeusch
      Stephen L. Taeusch

*Attorneys for Defendants Sakhawat and Roomy Khan*

1

**[PROPOSED] ORDER**

2  Having reviewed and considered Defendants' Motion for Administrative Relief to

3  Approve Withdrawal of Counsel, and good cause appearing, the Court hereby orders that WSGR

4  be permitted to withdraw as counsel of record for Defendants.

5

6

7  DATED: _____, 2008                           _____

8                                                            Honorable Claudia Wilken

9                                                            United States District Judge
Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28