ULRICO S. ROSALES, State Bar No. 139809
STEPHEN L. TAEUSCH, State Bar No. 247708
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: urosales@wsgr.com, staeusch@wsgr.com

Attorneys for Defendants
SAKHAWAT KHAN and ROOMY KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA,<br><br>            Plaintiff,<br><br>     v.<br><br>SAKHAWAT KHAN, ROOMY KHAN<br>And DOES ONE through TEN, inclusive,<br><br>            Defendants. | CASE NO.: CV 08 1427 EDL<br><br>**DECLARATION OF STEPHEN TAEUSCH IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO APPROVE WITHDRAWAL OF COUNSEL**<br><br>(Civ. L.R. 7-11 and 11-5) |

I, Stephen Taeusch, declare as follows:

I am an associate in the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation ("WSGR"). I am admitted to practice before the courts of the State of California. I submit this declaration in support of the concurrently filed Motion for Administrative Relief. I have personal knowledge of the following facts and can testify competently to those facts:

1. WSGR's withdrawal as counsel of record for Defendants Sakhawat and Roomy Khan ("Defendants"), and the accompanying Motion for Administrative Relief to Approve Withdrawal of Counsel, are based on California Rule of Professional Conduct 3-700(C)(5) (client knowingly and freely assents to termination of representation). Defendants have informed me that, in light of the parties' recent failure to settle their dispute through court-sponsored mediation and the likelihood that this matter will proceed to trial, Defendants have determined that it is in their best interests to seek lower-cost representation moving forward.

2. With WSGR's assistance, Defendants have begun the process of retaining successor counsel. WSGR will take whatever steps are necessary to facilitate the prompt and smooth transition to successor counsel.

3. On November 17, 2008, I informed Counsel for Plaintiff, Matthew Goldberg of Legal Aid Society–Employment Law Center and Hillary Ronen of La Raza Centro Legal, Inc., of Defendants' intent to seek an order permitting WSGR to withdraw as Defendants' counsel of record. I am causing a copy of this Declaration and the accompanying Motion for Administrative Relief to Approve Withdrawal of Counsel to be served on Plaintiff's counsel.

4. The accompanying Motion for Administrative Relief to Approve Withdrawal of Counsel is not accompanied by a stipulation with opposing counsel (Civil L.R. 7-11(a)) because the California Rules of Professional Conduct and Local Rules do not implicate the opposing party's consent when an attorney must withdraw as counsel.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Palo Alto, California on November 17, 2008.

                                                 /s/ Stephen Taeusch
                                                 Stephen Taeusch