IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VILMA SERRALTA,

        Plaintiff,

  v.

SAKHAWAT KHAN, et al.,

        Defendants.
                                   /

No. 08-01427 CW

ORDER DENYING WITHOUT PREJUDICE ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL

    On November 21, 2008, Defendants filed a Motion for Administrative Relief to Approve Withdrawal of Counsel. Having reviewed and considered Defendants' Motion for Administrative Relief to Approve Withdrawal of Counsel,

    IT IS HEREBY ORDERED that the motion is denied, without prejudice to refiling after Defendants have responded to Plaintiffs' motion to compel, and complied with any outstanding discovery requests that are not subject to reasonable objections. The withdrawal will then be allowed only if Defendants concurrently substitute themselves in pro se, or appear through new counsel.

Dated 12/1/08

CLAUDIA WILKEN
United States District Judge