Christopher Ho, State Bar No. 129845
Christina Chung, State Bar No. 194630
Carole Vigne, State Bar No. 251829
THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Hillary Ronen, State Bar No. 228606
Rocio Alejandra Avila, State Bar No. 252719
LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (415) 575-3500
Facsimile: (415) 255-7593

Attorneys for Plaintiff
VILMA SERRALTA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA, | No. C 08-01427 CW |
| Plaintiff, | **DECLARATION OF CHRISTOPHER HO IN SUPPORT OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO MODIFY CASE MANAGEMENT SCHEDULE** |
| v. | |
| SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive, | **[Fed.R.Civ.P. 16(b)(4), Civ. L.R. 16-2(d)]** |
| Defendants. | [Hon. Claudia Wilken] |

I, CHRISTOPHER HO, declare as follows:

1. I am a member of the Bar of this Court, and am one of the counsel for the plaintiff in this action. I have personal knowledge of the matters contained herein, and could and would testify competently thereto if called as a witness.

2 I make this declaration in support of plaintiff's motion to modify the case management schedule in this action.

3. The matters in this declaration supplement the recitation of events contained in plaintiff's opening papers on this motion and in the Declaration of Matthew Goldberg in support of this motion, previously filed in this matter at Docket Nos. 68 and 69, respectively.

4. Appended hereto as Exhibit A is a true and correct copy of Defendant Roomy Khan's Supplemental Responses to Plaintiff's First Set of Special Interrogatories.

5. The "supplemental" answers contained therein only came five months after defendants' initial refusal, in July of last year, to answer *any* of plaintiffs' interrogatories. (A true and correct copy of defendant Roomy Khan's July objections to those interrogatories is appended hereto as Exhibit B.)

6. As the Court is aware, plaintiff was required to bring a motion to compel answers to those interrogatories before defendants ultimately consented to provide substantive responses. Defendants finally did so on December 19, 2008, as a condition precedent to the withdrawal of their prior defense counsel, Wilson Sonsini Goodrich & Rosati LLP.

7. In their December responses, defendants provided information concerning at least 22 potential witnesses in their answers to Interrogatory Nos. 1, 2, 3, and 5. Prior to being served with these responses, plaintiff had only been aware of the identities of 3 of the witnesses disclosed therein.

8. As can be seen in defendants' responses to Interrogatory No. 1, in some cases only names were provided, without any contact information. Exh. A, 3:1, 3:5-6.

9. Other "witnesses" are identified by company name only. Exh. A, 2:19-21, 2:23-25, 3:5, 3:8-12, 3:14, 3:17-18. Still others are identified by first name only. Exh. A, 3:4, 3:17.

**DECLARATION OF CHRISTOPHER HO IN SUPPORT OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO MODIFY CASE MANAGEMENT SCHEDULE**
No. C 08-01427 CW                                                                                       Page 2

10. At least four witnesses, house guests of the defendants, were disclosed for the first time, with contact information indicating that they currently reside overseas. Exh. A, 8:4-13.

11. After the intervening December holidays, and diligent efforts to narrow down the number of witnesses we would attempt to pursue at this juncture due to time and resource constraints, our office beginning in early January forwarded a subset of those witnesses to a private investigative service so that they could be located and contacted.

12. As of a few days ago, only one of those witnesses had been located, due to problems with non-matching names, obsolete cellular telephone numbers, absence of voice mail or answering machines at the putative witnesses' telephone numbers, and the like.

13. Based on my experience, it is likely that the depositions of the defendants and two witnesses identified by the defense that are set to take place next week will lead to the discovery of additional factual evidence that will need to be followed up on as part of a diligent prosecution of this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on January 28, 2009.

      /S/ Christopher Ho_____
      CHRISTOPHER HO

**DECLARATION OF CHRISTOPHER HO IN SUPPORT OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO MODIFY CASE MANAGEMENT SCHEDULE**
**No. C 08-01427 CW**       **Page 3**