LISA E. AGUIAR -- BAR NO. 139897
JONATHAN D. HICKS -- BAR NO. 236981
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax:  (408) 287-2583

Attorneys for Defendants
SAKHAWAT KHAN AND ROOMY
KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA,<br><br>    Plaintiff,<br><br>vs.<br><br>SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive,<br><br>    Defendants. | No. C0801427 CW<br><br>**DEFENDANTS SAKHAWAT KHAN AND ROOMY KHAN'S MOTION FOR ORDER FOR WITHDRAWAL AND [PROPOSED] ORDER PERMITTING WITHDRAWAL**<br><br>[CIV. L.R. 7-11 AND 11-5] |

## I. REQUESTED ACTION

Pursuant to Civil Local Rules 7-11 and 11-5, the law firm of Hoge, Fenton, Jones and Appel, Inc. ("Hoge Fenton") hereby moves this Court for administrative relief for an order permitting Hoge Fenton to withdrawal as counsel for defendants SAKHAWAT KHAN and ROOMY KHAN ("Defendants").

## II. REASONS SUPPORTING THIS MOTION

Hoge Fenton respectfully request this Court grant its Motion to Withdraw because Hoge Fenton's attorney-client relationship with Defendants has deteriorated such that Hoge Fenton can no longer represent either defendant.  Declaration of Jonathan D. Hicks Supporting Hoge Fenton's Motion for Order for Withdrawal and Order for Withdrawal ("Hicks's Dec.") ¶2.  Moreover, a personal conflict has arisen making it unreasonably

1  difficult for Hoge Fenton to represent Defendants.  Hicks's Dec. ¶ 3.

2      This motion for administrative relief is not made for purposes of delay or any other
3  improper purpose. Hicks's Dec. ¶ 4.  In fact, should this court desire additional information
4  regarding the good faith reasons supporting Hoge Fenton's Motion to Withdraw, Hoge
5  Fenton requests this court set an *in camera* hearing to preserved Defendants' right to keep
6  attorney-client communications confidential, while allowing Hoge Fenton an opportunity to
7  explain its good faith reasons.  Hicks's Dec. ¶5.

8      Moreover, Hoge Fenton requests this Court order all necessary changes be made to
9  the Court's records and the Court's Electronic Case Filing system such that all future
10 communications regarding this case be send directly to them at the following addresses:

11 SAKHAWAT KHAN
   ROOMY KHAN
12 168 Isabella Avenue
   Atherton, CA 94027 (770) 210-2615
13 (650) 327-2680
   sakhawatk@aol.com
14 roomy81@gmail.com

15 DATED: April 29, 2009

16                 HOGE, FENTON, JONES & APPEL, INC.

17 

18                 By _____
                   Jonathan D. Hicks
19                 Attorneys for Defendants Sakhawat
                   Khan and Roomy Khan

20

21

22

23

24

25

26

27

28

-2-