LISA E. AGUIAR -- BAR NO. 139897
JONATHAN D. HICKS -- BAR NO. 236981
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

Attorneys for Defendants
SAKHAWAT KHAN AND ROOMY KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive,<br><br>　　　　Defendants. | No. C0801427 CW<br><br>**DECLARATION OF JONATHAN D. HICKS SUPPORTING HOGE FENTON'S MOTION FOR ORDER FOR WITHDRAWAL AND ORDER FOR WITHDRAWAL**<br><br>[CIV. L.R. 7-11 AND 11-5] |

I, Jonathan D. Hicks, declare:

　　1.　　I am an attorney at law duly licensed to practice before all the courts of the State of California and am a member of the law firm of Hoge, Fenton, Jones & Appel, Inc., ("Hoge Fenton") attorneys of record for defendants SAKHAWAT KHAN and ROOMY KHAN ("Defendants").

　　2.　　As one of the attorney's knowledgeable about this case, I can attest that the attorney-client relationship with defendants has deteriorated such that Hoge Fenton can no longer represent either defendant.

　　3.　　I can also attest that a personal conflict has arisen making it unreasonably difficult for Hoge Fenton to represent Defendants.

-1-

4.   We are not filing this motion for administrative relief in an attempt to delay the litigation or for any other improper purpose.

5.   Should this court desire additional information regarding the good faith reasons supporting Hoge Fenton's Motion to Withdraw, we request this court set an *in camera* hearing to preserve Defendants' right to keep attorney-client communications confidential, while allowing Hoge Fenton an opportunity to explain its good faith reasons.

I declare under penalty of perjury under the laws of the State of California that the above facts are true and correct. This declaration was executed on the 29th day of April, 2009 at San Jose, California

*/s/ Jonathan D. Hicks*

Jonathan D. Hicks

-2-

Hicks's Dec. Supporting Hoge Fenton's Motion to Withdraw
\\HFJAFS\NDrive\81114\Ple\426903.doc