IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA,<br><br>          Plaintiff(s),<br><br>  vs.<br><br>SAKHAWAT KHAN, et al.,<br><br>          Defendant(s).<br>_____/ | No. C 08-1427 CW (MEJ)<br><br>**ORDER TO SHOW CAUSE** |

      On May 18, 2009, Plaintiff Vilma Serralta filed a request, pursuant to Federal Rule of Civil Procedure 45(e), that this Court issue an Order to Show Cause compelling Paychex, Inc., to show cause why it should bot be held in contempt for failing to comply with a Subpoena Duces Tecum. (Dkt. #109.)  Good cause appearing, the Court hereby GRANTS Plaintiff's request.  Paychex, Inc., is hereby ORDERED TO SHOW CAUSE why it should not be held in contempt for failing to comply with the Subpoena Duces Tecum duly served on it in the above-captioned matter.  Paychex shall file a declaration by June 8, 2009, and the Court shall conduct a hearing on June 18, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

      Plaintiff shall serve this Order upon Paychex by May 29, 2009.

      **IT IS SO ORDERED.**

Dated: May 27, 2009

                                                            MARIA-ELENA JAMES<br>
                                                            United States Magistrate Judge