IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA, | No. C 08-1427 CW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE PLAINTIFF'S REQUESTS FOR PRODUCTION** |
| SAKHAWAT KHAN, et al., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint meet and confer letter, filed May 18, 2009, regarding Plaintiff's Requests for Production. (Dkt. #110.) Upon review of the letter, the Court hereby ORDERS Defendants to either (a) respond to Plaintiff's Requests for Production, with the original documents or the metadata, or (b) serve on Plaintiff a declaration with a written response that satisfies General Instruction #5. (Dkt. #110, Ex. A, ¶ 5.) Defendants shall respond by June 10, 2009.

**IT IS SO ORDERED.**

Dated: May 27, 2009

MARIA-ELENA JAMES
United States Magistrate Judge