IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>SAKHAWAT KHAN, et al.,<br><br>　　　　　Defendant(s). / | No. C 08-1427 CW (MEJ)<br><br>**ORDER RE PLAINTIFF'S INTERROGATORIES** |

　　The Court is in receipt of the parties' joint meet and confer letter, filed May 18, 2009, regarding Plaintiff's Interrogatories. (Dkt. #111.) Upon review of the letter and relevant legal authority, including privacy interests, the Court finds Plaintiff's interrogatory regarding witness identity and contact information relevant but overbroad. Further, as Plaintiff was employed by Defendants as a live-in domestic worker, it seems unlikely that Plaintiff would not be able to identify potential witnesses that were guests at the residence on a more regular basis. Accordingly, the Court hereby ORDERS Plaintiff to provide Defendants with a list of guests at their residence on a regular weekly/biweekly basis. Defendants shall then, within 14 days from the receipt of Plaintiff's list, provide the relevant contact information for those guests. For any guests for whom Defendants are unable to provide all contact information, they shall include a declaration stating why they are uable to obtain it. If Defendants are unwilling to provide the contact information for any of the listed guests, the parties shall again meet and confer. However, Defendants should be mindful that the Court has already considered the privacy interests of the guests and finds that Plaintiff is entitled to contact potential witnesses that were regular guests.

　　**IT IS SO ORDERED.**

Dated: May 27, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge