Christopher Ho, State Bar No. 129845
Christina Chung, State Bar No. 194630
Carole Vigne, State Bar No. 251829
THE LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199
Email: cho@las-elc.org; cchung@las-elc.org; cvigne@las-elc.org

Hillary Ronen, State Bar No. 228606
Rocio Avila, State Bar No. 252719
LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (415) 575-3500
Facsimile: (415) 255-7593
Email: hillary@lrcl.org; rocio@lrcl.org

Attorneys for Plaintiff
VILMA SERRALTA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VILMA SERRALTA, | Case No.: C 08-01427 CW |
| Plaintiff, | NOTICE OF WITHDRAWAL OF LETTER RE: PAYCHEX, INC., DATED MAY 18, 2009 |
| v. | |
| SAKHAWAT KHAN, ROOMY KHAN and DOES ONE through TEN, inclusive, | ORDER VACATING OSC |
| Defendants. | |

TO THIS HONORABLE COURT:

As of June 4, 2009, Paychex, Inc. has complied fully with the Subpoena Duces Tecum that Plaintiff Vilma Serralta served on May 21, 2009.

Based on this compliance, Plaintiff hereby withdraws the letter, filed with this court on May 18, 2009, requesting that this Court issue an Order to Show Cause regarding Paychex, Inc. *See* Document Number 109. Furthermore, Plaintiff respectfully requests that the hearing associated with

1   the Order to Show Cause – currently scheduled for June 18, 2009 – be taken off-calendar. *See*

2   Document Number 115.

Dated:  June 5, 2009　　　　　　　　　　Christopher Ho
　　　　　　　　　　　　　　　　　　　　Christina Chung
　　　　　　　　　　　　　　　　　　　　Carole Vigne
　　　　　　　　　　　　　　　　　　　　THE LEGAL AID SOCIETY –
　　　　　　　　　　　　　　　　　　　　　EMPLOYMENT LAW CENTER

　　　　　　　　　　　　　　　　　　　　Hillary Ronen
　　　　　　　　　　　　　　　　　　　　Rocio Avila
　　　　　　　　　　　　　　　　　　　　LA RAZA CENTRO LEGAL, INC.


　　　　　　　　　　　　　　　　By:   /S/ Carole Vigne
　　　　　　　　　　　　　　　　　　　　CAROLE VIGNE

　　　　　　　　　　　　　　　　Attorneys for Plaintiff Vilma Serralta

The OSC is hereby VACATED.

Dated: June 8, 2009

[GRANTED — Judge Maria-Elena James, United States District Court, Northern District of California, seal]

---

Notice of Withdrawal of Letter Re: Paychex, Inc.　　　　　　　　　　　　　　　　　　　Page 2
Case No. C 08-01427 CW