Christopher Ho, State Bar No. 129845
Carole Vigne, State Bar No. 251829
The Legal Aid Society – Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone (415) 864-8848
Facsimile (415) 864-8199

Hillary Ronen, State Bar No. 228606
Rocío Alejandra Avila, State Bar No. 252719
LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (415) 575-3500
Facsimile: (415) 255-7593

Attorneys for Plaintiff
VILMA SERRALTA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VILMA SERRALTA,<br><br>              Plaintiff,<br><br>  v.<br><br>SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive,<br><br>              Defendants. | No. C 08-01427 CW<br><br>**DECLARATION OF CAROLE VIGNE IN SUPPORT OF REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**Date:** August 18, 2009<br>**Time:** 2:00 p.m.<br>**Ctrm:** Courtroom 2, 4th Floor<br><br>[Hon. Claudia Wilken] |

I, CAROLE VIGNE, declare:

1. I am an attorney at the Legal Aid Society – Employment Law Center and am duly licensed to practice before this Court. I am one of the attorneys for the Plaintiff in *Serralta v. Khan*, Case No. C 08-01427 CW. I make this declaration in support of Reply Brief in Support of Plaintiff's Motion for Entry for Default Judgment, based upon my personal knowledge or upon information and belief. If called as a witness, I could and would testify competently thereto.

2. In response to outstanding discovery issues, Defendant Roomy Khan produced a declaration, signed August 11, 2009, and entitled "Declaration of Roomy Khan Regarding Metadata of KHAN 125 and KHAN 308." A true and correct copy of Mrs. Khan's August 11, 2009 Declaration is appended hereto as **Exhibit A**.

3. A true and correct copy of excerpts of the April 7, 2009 Deposition of Harleen Chopra is appended hereto as **Exhibit B**.

4. A true and correct copy of excerpts of the February 17, 2009 Deposition of Harleen Chopra is appended hereto as **Exhibits C** and **C.1**.

5. A true and correct copy of excerpts of the April 7, 2009 Deposition of Roomy Khan is appended hereto as **Exhibit D.**

6. A true and correct copy of excerpts of the February 18, 2009 Deposition of Roomy Khan is appended hereto as **Exhibit E**.

I declare, under penalty of perjury under the laws of California and the United States, that the foregoing is true and correct. Executed in San Francisco, California on the 11th day of August, 2009.

                                                  /s/Carole Vigne
                                                CAROLE VIGNE