UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SERRALTA,

      Plaintiff,

  v.

KHAN ET AL,

      Defendant.

NO. C 08-01427 CW

**MINUTE ORDER**
Date: 8/6/09

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Carole Vigne; Christopher Ho; Hilary Ronen

**Appearances for Defendant:**
Jonathan Hicks; Damien Pamilla

Motions:

| | | |
|---|---|---|
| Hoge, Fenton, Jones and Appell | Mo. to withdraw as counsel of record for defendants Roomy Kahn and Sakhawat Khan | Under Submission |

Further briefing due:
Order to be prepared by:  Court

Notes:  Motion taken under submission.  Plaintiff has not received discovery but will get later this week or next week.  Court will not grant any trial continuance absent agreement from plaintiff.

Copies to:  Chambers