IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA,<br><br>        Plaintiff,<br><br>  v.<br><br>SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN inclusive,<br><br>        Defendants.<br>_____/ | No. C 08-1427 CW<br><br>ORDER TAKING DEFENDANTS' COUNSEL'S MOTION FOR LEAVE TO WITHDRAW UNDER SUBMISSION (Docket No. 126) |

    Defendants' counsel has moved for leave to withdraw on the basis that its relationship with Defendants has deteriorated to such a degree that it can no longer represent them.  Counsel has properly served the motion on Defendants.  Damien Pamilla has entered an appearance on behalf of Defendants.  On May 29, 2009, the Court denied a previous motion to withdraw by Defendants' counsel.  The Order required that Defendants resolve all outstanding discovery disputes and gave counsel leave to file a renewed motion to withdraw when the disputes were resolved.

    Plaintiff opposes the renewed motion on the basis that there are still unresolved discovery disputes and permitting counsel to withdraw at this time would prejudice her ability to obtain the

discovery needed to prosecute her case effectively.

  The matter was heard on August 6, 2009. The Court, having considered oral argument and all of the papers submitted, takes the motion under submission and will grant it once Plaintiff's counsel notifies the Court that the parties have resolved any outstanding discovery disputes. New counsel will be required to conform with the case management schedule previously set.

  IT IS SO ORDERED.

Dated: 8/14/09

_____
CLAUDIA WILKEN
United States District Judge