THOMAS DAMIEN PAMILLA – BAR NO. 259931
PAUL, BENSON, MYONG & PAMILLA, LLP
8880 Rio San Diego Drive, Suite 800
San Diego, California 92108
Phone: (877) 443-7267
Fax: (888) 583-5670

LISA E. AGUIAR -- BAR NO. 139897
JONATHAN D. HICKS -- BAR NO. 236981
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

Attorneys for Defendants
SAKHAWAT KHAN AND ROOMY KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VILMA SERRALTA, | No. C08 01427 CW |
|---|---|
| Plaintiff, | **ORDER GRANTING WITHDRAWAL OF COUNSEL** |
| vs. | |
| SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive, | |
| Defendants. | |

**IT IS HEREBY ORDERED THAT** Hoge, Fenton, Jones & Appel, Inc. be permitted to withdraw as counsel of record for defendants Sakhawat Khan and Roomy Khan and that all necessary changes be made to the Court's records and the Court's Electronic Case Filing system removing all attorneys from Hoge, Fenton, Jones & Appel, Inc. from all future communications regarding the above-captioned case. **All dates and deadlines remain as scheduled.**

DATED: _____8/18/09_____

_____
Honorable Judge Claudia Wilken

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28