UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SERRALTA,

       Plaintiff,

  v.

KHAN ET AL,

       Defendant.

NO. C 08-01427 CW

**MINUTE ORDER**
Date: 8/18/09

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:**  Sarah Goekler

**Appearances for Plaintiff:**
Carole Vigne; Christopher Ho; Hillary Ronen

**Appearances for Defendant:**
Damien Pamilla

### Motions:

| | | |
|---|---|---|
| Plaintiff | Mo. for entry of default judgment | Submitted |

Further briefing due:  Plaintiff can submit supplemental briefing re evidentiary sanctions by Monday, 8/24/09; Defendant can respond 2 days thereafter.
Order to be prepared by:  Court

Notes:  Pretrial Conference currently set for 9/22/09 and jury trial currently set for 10/5/09.  Counsel to get Ms. Chopra under subpoena immediately.  Attorney fees re discovery will be referred to MEJ; attorney fees re varying stories will be referred to MEJ.  **Court refers case to Magistrate Judge for settlement conference ASAP** (the Khans must appear).  Parties to settle wage claim first and then settle attorney fees after wage claim.  Court will allow discovery to reopen to take depositions of Mrs. Kahn and Ms. Chopra.  Court takes request for evidentiary hearing re fraud under submission.  Plaintiff can submit supplemental briefing re evidentiary sanctions by next Monday; Defendants can respond 2 days thereafter.

Copies to:  Chambers; Wings/Brenda