1  Christopher Ho, State Bar No. 129845
2  Carole Vigne, State Bar No. 251829
   The LEGAL AID SOCIETY
3  – EMPLOYMENT LAW CENTER
   600 Harrison Street, Suite 120
4  San Francisco, CA 94107
   Telephone: (415) 864-8848
5  Facsimile: (415) 864-8199

6  Hillary Ronen, State Bar No. 228606
   Rocío Alejandra Avila, State Bar No. 252719
7  LA RAZA CENTRO LEGAL, INC.
   474 Valencia Street, Suite 295
8  San Francisco, CA 94103
   Telephone: (415) 575-3500
9  Facsimile: (415) 255-7593

10
11  Attorneys for Plaintiff
    VILMA SERRALTA

12            **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14  VILMA SERRALTA,                      )  No.  C 08-01427 CW
15                                        )
                    Plaintiff,            )  **PLAINTIFF'S WITHDRAWAL OF JURY**
16          v.                            )  **DEMAND**
17  SAKHAWAT KHAN; ROOMY KHAN; and        )
    DOES ONE through TEN, inclusive,      )
18                                        )
19                  Defendants.           )
                                          )
20                                        )
21                                        )
22                                        )
23                                        )
24
25
26
27
28

1

2

      Plaintiff VILMA SERRALTA hereby withdraws her demand for jury trial.

3

4

Dated: August 31, 2009              Christopher Ho

Carole Vigne

5

THE LEGAL AID SOCIETY –

    EMPLOYMENT LAW CENTER

6

Hillary Ronen

7

Rocio Avila

LA RAZA CENTRO LEGAL, INC.

8

9

10

By:        _____/s/ Christopher Ho_____

                CHRISTOPHER HO

11

12

Attorneys for Plaintiff VILMA SERRALTA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF of SERVICE**

I, Djuna Gray, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of San Francisco, and not a party to or interested in the within entitled action. I am an employee of The LEGAL AID SOCIETY OF SAN FRANCISCO-EMPLOYMENT LAW CENTER, and my business address is 600 Harrison Street, Suite 120, San Francisco, California 94107.

On August 31, 2009 I served the following on all parties in said action:

**PLAINTIFF'S WITHDRAWAL OF JURY DEMAND**

X     by transmitting via the Court's CM/ECF electronic transmission system to the following parties listed below:

Attorneys of Plaintiffs
Christopher Ho
Christina Chung
Carole Vigne
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107

Hillary Ronen
Rocio Avila
LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103

Attorneys for Defendants
Thomas Damien Pamilla
Paul Benson Myong & Pamilla LLP
8880 Rio San Diego Drive, Suite 800
San Diego, CA 92108

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on August 31, 2009 at San Francisco, California.

Djuna Gray