Christopher Ho, State Bar No. 129845
Carole Vigne, State Bar No. 251829
THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Hillary Ronen, State Bar No. 228606
LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (415) 575-3500
Facsimile: (415) 255-7593

Attorneys for Plaintiff VILMA SERRALTA

Damien Pamilla, State Bar No. 259931
PAUL BENSON MYONG & PAMILLA, LLP
8880 Rio San Diego Drive, Suite 800
San Diego, CA 92108
Telephone: (877) 443-7267
Facsimile: (888) 583-5670

Attorneys for Defendants
SAKHAWAT KHAN and ROOMY KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VILMA SERRALTA,<br><br>   Plaintiff,<br><br>v.<br><br>SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive,<br><br>   Defendants. | No. C 08-01427 CW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST RE RESETTING OF JOINT PRETRIAL CONFERENCE<br><br>**Date:** September 22, 2009<br>**Time:** 2:00 p.m.<br>**Ctrm:** Courtroom 2, 4th Floor<br><br>[Hon. Claudia Wilken]<br><br>**Trial Date: October 5, 2009** |

1    The Court has received the parties' stipulated request for a continuance of the pretrial

2 conference in this matter from Tuesday, September 22, 2009, to Tuesday, September 29, 2009.

3    GOOD CAUSE APPEARING, the parties' stipulated request is **GRANTED**.

Dated: September 21, 2009

*/s/ Claudia Wilken*

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

PROPOSED] ORDER GRANTING STIPULATED REQUEST
RE RESETTING OF JOINT PRETRIAL CONFERENCE      PAGE 2
Case No. C 08-01427 CW