Christopher Ho, State Bar No. 129845
Carole Vigne, State Bar No. 251829
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Hillary Ronen, State Bar No. 228606
LA RAZA CENTRO LEGAL, INC.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (415) 575-3500
Facsimile: (415) 255-7593

Attorneys for Plaintiff VILMA SERRALTA

Damien Pamilla, State Bar No. 259931
PAUL BENSON MYONG & PAMILLA, LLP
8880 Rio San Diego Drive, Suite 800
San Diego, CA 92108
Telephone: (877) 443-7267
Facsimile: (888) 583-5670

Attorneys for Defendants
SAKHAWAT KHAN and ROOMY KHAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VILMA SERRALTA,<br><br>Plaintiff,<br><br>v.<br><br>SAKHAWAT KHAN; ROOMY KHAN; and DOES ONE through TEN, inclusive,<br><br>Defendants. | No. C 08-01427 CW<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>[Hon. Claudia Wilken]<br><br>**Trial Date: October 5, 2009** |

The parties to the above-captioned action hereby inform the Court that this action has been settled by mutual agreement. They therefore respectfully request that all further matters herein, including without limitation the joint pretrial conference currently set for September 29, 2009, be vacated.

Dated: September 25, 2009

Respectfully submitted,

Christopher Ho
Carole Vigne
The LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

Hillary Ronen
LA RAZA CENTRO LEGAL, INC.

By: /s/ Christopher Ho
CHRISTOPHER HO
Attorneys for Plaintiff

Damien Pamilla
PAUL BENSON MYONG & PAMILLA, LLP

By: /s/ Damien Pamilla
DAMIEN PAMILLA
Attorney for Defendants