IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VILMA SERRALTA,

      Plaintiff,

  v.

SAKAWAT KHAN, et al.,

      Defendants.

_____/

No. C 08-01427 CW

ORDER
OF DISMISSAL

      The parties hereto, having filed a Joint Notice of Settlement,

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice.

Dated:  10/2/09

_____
CLAUDIA WILKEN
United States District Judge